

H. S. Davis, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for unlawfully carrying a pistol, punishment assessed being a fine of $100.

The record is before us without statement of facts or bills of exception. In such condition, nothing is presented for review.

The judgment is affirmed.

## BIDDINGSFIELD v. STATE.
### No. 18348.

Court of Criminal Appeals of Texas.

April 22, 1936.

Bailey & Blum, of Houston, for appellant.

· Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for receiving and concealing stolen property; punishment, two years in the penitentiary.

There are no facts nor bills of exception in the record. All matters of procedure appearing regular, the judgment is affirmed.

## PHILLIPS v. STATE.
### No. 18260.

Court of Criminal Appeals of Texas.

April 22, 1936.

Darley & Darley, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for burglary; punishment, three years in the penitentiary.

We find in the record neither statement of facts or bills of exception. The matters of procedure being regular, the judgment will be affirmed.

## PHILLIPS v. STATE.
### No. 18261.

Court of Criminal Appeals of Texas.

April 22, 1936.

